Rachel E. Kaufman
KAUFMAN P.A.
237 S Dixie Hwy, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881
Email: rachel@kaufmanpa.com

*Attorney for Plaintiff and the putative Class*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CHARLES, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>*v.*<br><br>BETTER RISE CAPITAL LLC, a California company,<br><br>*Defendant.* | Case No. 8:26-CV-01525-JWH-MBK<br><br>**RESPONSE TO SHOW CAUSE ORDER**<br><br>Judge John W. Holcomb |

Plaintiff David Charles respectfully responds to the Court's Order to Show Cause (ECF 11), and requests that it be discharged for good cause as follows.

On June 30, 2026, Defendant was served with process. ECF 10. Accordingly, Defendant's response to the complaint was due by July 21, 2026.

On July 22, 2026, Defendant's counsel reached out to Plaintiff's counsel and requested that the undersigned hold off on seeking a default against Defendant. Defense counsel represented that a response to the complaint would be filed shortly.

Plaintiff's counsel followed up to confirm that the response would be filed before August 4, 2026. On August 3, 2026, Plaintiff answered the complaint. ECF 12.

Accordingly, as Plaintiff was diligent in pursuing the case and Defendant has answered the complaint, Plaintiff respectfully requests that the Court discharge the show cause order.

Respectfully Submitted,

DATED this 4th day of August, 2026.

By: /s/ *Rachel E. Kaufman*

Rachel E. Kaufman
KAUFMAN P.A.
237 S Dixie Hwy, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881
Email: rachel@kaufmanpa.com

*Attorney for Plaintiff and the putative Class*